**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 07-3257M |
| v. | |
| Mack Hester Norvell, | **O R D E R** |
| Defendant. | |

Upon the motion of the United States of America, good cause appearing, and there being no objection by defendant,

**IT IS ORDERED** that the Complaint against defendant Mack Hester Norvell is dismissed, without prejudice.

**IT IS FURTHER ORDERED** vacating the Detention Hearing re: Defendant's Motion to Re-Open Detention Hearing set for 8/23/07 at 11:30 a.m. before the undersigned.

**IT IS FURTHER ORDERED releasing** this Defendant from custody as to this case only.

DATED this 22nd day of August, 2007.

Lawrence O. Anderson
United States Magistrate Judge